# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-4602 PA (SHKx) | Date | June 15, 2021 |
|---|---|---|---|
| Title | Westley Robinson, et al. v. Independent Pet Partners Holdings, LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

Local Rule 83-1.3 provides that it "shall be the responsibility of the parties to promptly file a Notice of Related Cases whenever two of more civil cases filed in this District: (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges." Local Rule 83-1.3 also states that the Notice of Related Cases "must be filed at the time any case (including a notice of removal or bankruptcy appeal) appearing to relate to another is filed, or as soon thereafter as it reasonably should appear that the case relates to another."

The Court's docket reflects that plaintiffs Westley Robinson and Luther Cockrill (collectively "Plaintiffs") previously filed a substantially similar action against the same two defendants, Independent Pet Partners Holdings, LLC and Krisers Feeding Pets for Life (collectively "Defendants"). That action, Case Number CV 19-10929 AB (SKx), appears to allege many of the same claims and facts as those asserted in this action, and was filed by the same counsel that represents Plaintiffs in this action. Despite these similarities, the Civil Cover Sheet filed in this action does not indicate that there are any related cases, and Plaintiffs have not filed a Notice of Related Case. The Court orders Plaintiffs to show cause in writing why they should not file a Notice of Related Case as required by Local Rule 83-1.3 indicating that this action is related to Case No. CV 19-10928 AB (SKx). Plaintiffs' response to that Order to Show Cause shall be filed no later than June 22, 2021. The filing of a Notice of Related Case shall be deemed a sufficient response to the order to show cause. Plaintiffs and their counsel are additionally ordered to show cause in writing, by no later than June 22, 2021, why they should not be sanctioned up to $2,000 for violating Local Rule 83-1.3 by failing to file a Notice of Related Case indicating that this action is related to the previously-filed action and for failing to submit an accurate Civil Cover Sheet.

IT IS SO ORDERED.